NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**JOHN C. JOHNSON,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

―――――――――

2014-7123

―――――――――

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-2384, Judge Mary J. Schoelen.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

John C. Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                              JOHNSON v. MCDONALD

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s24